# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-1149
_____

TREYSTON KRISTOPHER MULDER,

Appellant,

v.

SCHOOL BOARD OF JACKSON
COUNTY, FLORIDA,

Appellee.

_____

On appeal from the School Board of Jackson County, Florida.
Stacey Goodson, Chairman.

May 9, 2018

PER CURIAM.

AFFIRMED.

ROBERTS, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Marie A. Mattox of Marie A. Mattox, P.A., Tallahassee, for Appellant.

H. Matthew Fuqua of Fuqua, Milton & Carter, P.A., Marianna, for Appellee.